**UNITED STATES COURT OF APPEALS**
**FOR THE FIRST CIRCUIT**

KATIA MIRANDA,
Appellee

v. Case No.: 26-2094

ARB GAMING, LLC d/b/a MODO.US,
Appellant

**ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF AND APPENDIX**

Defendant-Appellant ARB Gaming, LLC d/b/a MODO.US ("Appellant"), by and through undersigned counsel, hereby respectfully moves this Court pursuant to 26(b) of the Federal Rules of Appellate Procedure for a 30-day extension in which to file Appellant's Opening Brief and Appendix. The briefing deadline is currently set for November 10, 2026. Appellant respectfully requests a 30-day extension until December 10, 2026. In support of this motion, counsel states the following:

1. On October 1, 2026, this Court issued a briefing order requiring Appellant to file its opening brief and appendix on or before November 10, 2026.
2. The extension requested is sought to accommodate competing deadlines and obligations for Appellant's counsel in other matters and personal commitments that have required Appellant's counsel to be away from the office for portions of the current briefing schedule.
3. Undersigned counsel for the Appellant conferred with attorney Joel Smith, counsel for Appellee Katia Miranda, who has confirmed Appellee's assent to the extension requested in this Motion.

4. Appellant's request is submitted in good faith and will not unduly delay the Court's resolution of this matter.
5. This motion represents Appellant's first request for an extension in this matter.
6. No other pending deadlines will be affected by granting Appellant's request.

WHEREFORE, Appellant respectfully requests that this Court grant a 30-day extension, to and including December 10, 2026, to file Appellant's Opening Brief and Appendix.

Dated: October 28, 2026

Respectfully submitted,

*/s/ Steven M. Cowley*

William M. Gantz -Bar No. 1160210
Steven M. Cowley- Bar No. 37136
Poornarchita H. Dwarakanath – Bar No. 1226540
DUANE MORRIS LLP
100 High Street, Suite 2400
Boston, MA 02110
Tel.: 857-488-4200
Fax: 857-488-4201
bgantz@duanemorris.com
smcowley@duanemorris.com
pdwarakanath@duanemorris.com

*Counsel for ARB Gaming, LLC d/b/a MODO.US*

**CERTIFICATE OF SERVICE**

I hereby certify that this motion for extension, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent out to those indicated as non-registered participants on this 28th day of October, 2026.

*/s/ Steven M. Cowley*